UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

233 CANAL CORP,

Plaintiff,

-v.-

FAMILY DOLLAR STORES OF NEW YORK, INC., et al.

Defendants.

25 Civ. 2534 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On April 15, 2025, the parties attempted to file a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 11. The docket entry characterized the notice as a "STIPULATION OF VOLUNTARY DISMISSAL." *Id.* On April 16, 2025, the Clerk of Court alerted the parties that the "Stipulation of Voluntary Dismissal" "[was] deficient" and needed to be re-filed because "the wrong party/parties whom the voluntary dismissal is against was/were selected; the stipulation of voluntary dismissal was not signed by all parties who have appeared." The parties did not re-file the notice of voluntary dismissal.

On November 18, 2025, the Clerk of Court re-issued the deficiency notice to Plaintiff's counsel. *See* ECF No. 12. On December 3, 2025, the Clerk of Court again re-issued the deficiency notice. *See id.* The parties again did not re-file the notice of voluntary dismissal.

On April 17, 2026, the Court directed the parties to "re-file," by May 1, 2026, "the Stipulation pursuant to the Clerk of Court's instructions." *Id.* The parties have not done so.

Upon further review, the Court concludes that the notice of voluntary dismissal filed at ECF No. 11, despite being mislabeled as a "STIPULATION OF VOLUNTARY DISMISSAL" signed by all parties, is not deficient. Because no Defendant has served "an answer or a motion

for summary judgment," the notice satisfies Federal Rule of Civil Procedure 41. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is hereby ORDERED that this case is dismissed with prejudice. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: July 14, 2026
New York, New York

Jennifer H. Rearden
JENNIFER H. REARDEN
United States District Judge